## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**ANGELICA MARIE TRUJILLO,**

     **Plaintiff,**

     **vs.**                                                                       **Civ. No. 23-958  KWR/JFR**

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration,**

     **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed August 5, 2024.  Doc. 28. Objections were due by no later than August 19, 2024.  The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions.  *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

     **IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 28) is adopted.

     **IT IS FURTHER ORDERED** that Plaintiff's Opposed Motion to Reverse and/or Remand (Doc. 19) is **DENIED** and the Commissioner's determination is **AFFIRMED**.

                                   **/S/**
                                   **KEA W. RIGGS**
                                   **United States District Judge**